IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HARCO NATIONAL INSURANCE COMPANY | § § § | |
| Plaintiff | § § | |
| vs. | § § | CIVIL ACTION NO.: 4:22-CV-0006 |
| HORIZON SHINE HAULING, LLC., et. al. | § § § | |
| Defendants | § | |

## HARCO NATIONAL INSURANCE COMPANY'S
## <u>COMPLAINT IN INTERPLEADER</u>

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff Harco National Insurance Company (hereinafter "Harco"), and in support of its Complaint In Interpleader, alleges the following:

### I.    PARTIES

1.     Harco is a surety company with a principal place of business located in the State of Illinois and authorized to do business in the State of Texas.

2.     Horizon Shine Hauling, LLC is the principal on the surety bond at issue in this matter and is a Michigan for-profit limited liability company with its principal place of business in Ann Arbor, MI. Horizon Shine Hauling, LLC can be served by serving its Registered Agent Legalcorp Solutions, Inc. at 13854 Lakeside Circle, 2nd Floor, Sterling Heights, MI 48313.

3.     Made Defendants in Interpleader, or claimants, herein are:

a.     Giorgi Logistics, LLC is a Texas for-profit limited liability company with its principal place of business in Royce City, TX. Giorgi Logistics, LLC can be served by serving

its Registered Agent, William D. Houser at 8903 10000 N. Central Expressway, Suite 850, Dallas, TX 75231.

b.      M&G Carriers, LLC is a Texas for-profit limited liability company with its principal place of business in Houston, TX.  M&G Carriers, LLC can be served by serving its Registered Agent, Glenda A Vicente at 8219 Ley Rd., Houston, TX 77028.

c.      Terry Richardson d/b/a Richardson Trucking is an individual resident of the State of California.  Terry Richardson d/b/a Richardson Trucking can be served by serving Terry Richardson at his or her residence at 1941 California Ave., #78031, Corona, CA 92877.

d.      Mosco Freight Line Inc. is a Pennsylvania for-profit corporation with its principal place of business in Belle Vernon, PA.  Mosco Freight Line Inc. can be served by sending Service of Process to its registered address 214 Perry Ave., Belle Vernon, PA 15012.

e.      Madrid Trucking Inc. is a New Jersey for-profit corporation with its principal place of business in Secaucus, NJ.  Madrid Trucking Inc. can be served by serving its Registered Agent, Manuel Madrid at 83 Centre Ave., 1st Floor, Secaucus, NJ 07094.

f.      AN Enterprise, Inc. is an Illinois for-profit corporation with its principal place of business in Elk Grove Village, IL.  AN Enterprise, Inc. can be served by serving its Registered Agent, Kostadinka Zagorska at 1881 Commerce Dr., Ste. 107. Elk Grove Village, IL 60007.

g.      B & B Ace Logistics, LLC is a Texas for-profit limited liability company with its principal place of business in Cypress, TX.  B & B Ace Logistics, LLC can be served by serving its Registered Agent, Fran Broussard at 3702 Cypress Creek Parkway, Ste. S., Houston, TX 77068.

h.      New Texas Consulting & Management, LLC is a Texas for-profit limited liability company with its principal place of business in Houston, TX.  New Texas Consulting & Management, LLC can be served by serving its Registered Agent, BlumbergExcelsior Corporate Services, Inc. at 725 Decker Prairie Drive, Austin, TX 78748.

i.      J&P Logistics Inc. is a Wisconsin for-profit corporation with its principal place of business in Kenosha, WI.  J&P Logistics Inc. can be served by serving its Registered Agent, Paulius Akelaitis at 6021 56th Ave., Ste. 108, Kenosha, WI 53142-3087.

j.      J D Factors, LLC is a California for-profit corporation with its principal place of business in Rancho Palos Verdes, CA.  J D Factors, LLC can be served by serving its Registered Agent, CT Corporation Systems at 330 N. Brand Blvd., Ste. 700, Glendale, CA 91203.

k.      Sureline Capital LLC is a Utah for-profit limited liability company with its principal place of business in Hooper, UT.  Sureline Capital LLC can be served by serving its Registered Agent, Clinton David Weston at 4882 S. 4925 W., Hooper, UT 84315.

l.      Highway Hot Shots, LLC is a Tennessee for-profit limited liability company with its principal place of business in Chattanooga, TN.  Highway Hot Shots, LLC can be served by serving its Registered Agent, United States Corporation Agents, Inc. at 4295 Cromwell Rd., Ste. 308, Chattanooga, TN 37421.

m.      Consuegra Trucking, Inc. is a Florida for-profit corporation with its principal place of business in Hialeah Gardens, FL.  Consuegra Trucking, Inc. can be served by serving its Registered Agent, Fidel Consuegra at 8751 NW 116 Terrace, Hialeah Gardens, FL 33018.

n.      Triple J Logistics Management, LLC is a Texas for-profit limited liability company with its principal place of business in Midlothian, TX.  Triple J Logistics Management,

LLC can be served by serving its Registered Agent, James K. Martinolich Jr. at 12120 Pia Place Drive, Humble, TX 77346.

        o.      Superior Quality Logistics LLC is a Florida for-profit limited liability company with its principal place of business in Lehigh Acres, FL.  Superior Quality Logistics LLC can be served by serving its Registered Agent, Emmanuel Africain at 5781 Lee Blvd., Lehigh Acres, FL 33971.

        p.      Alexander, Winton & Associates, Inc. is a for-profit Mississippi corporation with its principal place of business in Olive Branch, MS.  Alexander, Winton & Associates, Inc. can be served by serving its Registered Agent, Will Thomas Allen at 8915 Robertson Lane North, Olive Branch, MS 38654.

        q.      Bismark Antonia Garcia d/b/a B. Garcia Trucking is an individual resident of the State of Texas.  Bismark Antonia Garcia d/b/a B. Garcia Trucking can be served by serving Bismark Antonia Garcia at his or her residence at 9023 Talcott Ln., Houston, TX 77049.

        r.      A Assurity Insurance Agency, LLC is a Texas for-profit limited liability company with its principal place of business in Lufkin, TX.  A Assurity Insurance Agency, LLC can be served by serving its Registered Agent, Michelle Frances Lyles at 911 So. Chestnut, Ste. 401, Lufkin, TX 75901.

        s.      Visum Logistics, Inc. is an Illinois for-profit corporation with its principal place of business in Aurora, IL.  Visum Logistics, Inc. can be served by serving its Registered Agent, Diana Kursov at 2501 Waterside Dr., Aurora, IL 60502.

        t.      Hribar Logistics, LLC is a Wisconsin for-profit limited liability company with its principal place of business in Caledonia, WI.  Hribar Logistics, LLC can be served by serving its Registered Agent, Steven Hribar at 7213 US Highway 41, Caledonia, WI 53108.

u.      Kaiju Trucking LLC is a Texas for-profit limited liability company with its principal place of business in Cypress, TX.  Kaiju Trucking LLC can be served by serving its Registered Agent, Luis Rivera at 18811 Jadestone Park Ct., Cypress, TX 77429.

v.      Highway Trading LLC is a Texas for-profit limited liability company with its principal place of business in Sugar Land, TX.  Highway Trading LLC can be served by serving its Registered Agent, Nizar Muhammad at 4922 White Barrow Creek, Sugar Land, TX 77479.

w.      Internet Truckstop Payments, LLC is an Idaho for-profit limited liability company with its principal place of business in New Plymouth, ID.  Internet Truckstop Payments, LLC can be served by serving its Registered Agent, Paris Cole at 222 N. Plymouth Ave., Plymouth, ID 83655.

x.      T.W. Schmidt & Sons Trucking LLC is a Missouri for-profit limited liability company principal place of business in High Hill, MO.  T.W. Schmidt & Sons Trucking LLC can be served by serving its Registered Agent, Tony Schmidt at 675 Boonslick Road, High Hill, MO 63350.

y.      eCapital Freight Factoring (East) Corp. is a Texas for-profit corporation with its principal place of business in Kennesa, GA. eCapital Freight Factoring (East) Corp. can be served by serving its Registered Agent, Corporation Service Company at 211 E. 7th Street, Suite 620, Austin, TX 78701.

z.      Freight Factoring Specialist LLC is a Florida for-profit limited liability company with its principal place of business in Hollywood, FL.  Freight Factoring Specialist LLC can be served by serving its Registered Agent, Newman Holdings, LLC at 3284 N. 29th Court, Hollywood, FL 33020.

aa.     Willis Logistics Group LLC is a Texas for-profit limited liability company with its principal place of business in Willis, TX. Willis Logistics Group LLC can be served by serving its Registered Agent, Paul Henry at 13604 Bighorn Trial, Willis, TX 77378.

bb.     J and S Trucking, Inc. is a Kansas for-profit corporation with its principal place of business in Prairie View, KS. J and S Trucking, Inc. can be served by serving its Registered Agent, Stanley K. Kats at 207 Holland Street, PO Box 405, Prairie View, KS 67664.

cc.     Medallion Transport & Logistics LLC is an North Carolina for-profit limited liability company with its principal place of business in Mooresville, NC. Medallion Transport & Logistics LLC can be served by serving its Registered Agent, NC Corporate Connection, Inc. at 176 Mine Lake Court, Ste. 100, Raleigh, NC 27615.

dd.     Jima Express, LLC is a New Jersey for-profit limited liability company with its principal place of business in Harrison, NJ. Jima Express, LLC can be served by serving its Registered Agent, Tomas Suby Rosario at 101 Frank E. Rodgers Blvd. N., Harrison, NJ 07029.

ee.     Mandrill Group LLC is a Texas for-profit limited liability company with its principal place of business in Missouri City, TX.  Mandrill Group, LLC can be served by serving its Registered Agent, Emeka Okafor Ama at 14802 Julie Meadows Lane, Humble, TX 77396.

ff.     Taxi Cargo Group LLC is a Florida for-profit limited liability company with its principal place of business in Sarasota, FL. Taxi Cargo Group LLC can be served by serving its Registered Agent, Francisco Guimoye Cadenas at 5855 Covington Way, Sarasota, FL 34232.

gg.     Flash Funding, LLC is a Texas for-profit limited liability company with its principal place of business in Houston, TX.  Flash Funding, LLC can be served by serving its Registered Agent, Brody D. Chapman at 10622 Hirsch Road, Houston, TX 77016.

hh.     Santamaria's Hot Shot LLC is a Texas for-profit limited liability company with its principal place of business in Port Arthur, TX.  Santamaria's Hot Shot LLC can be served by serving its Registered Agent, Gerson Giovani Santamaria at 2800 Sheridan Ln., Port Arthur, TX 77640.

ii.     Joe's Haulin, LLC is an Idaho for-profit limited liability company with its principal place of business in Rexburg, ID.  Joe's Haulin, LLC can be served by serving its Registered Agent, Cy Hepworth at 105 N. 1st East, Rexburg, ID 83440.

jj.     Beaman Logistics, LLC is a Texas for-profit limited liability company with its principal place of business in Carrollton, TX. Beaman Logistics, LLC can be served by serving its Registered Agent, United States Corporation Agents, Inc. at 9900 Spectrum Drive, Austin, TX 78717.

kk.     R & R Brothers Trucking, Inc. is an Ohio for-profit corporation with its principal place of business in Dayton, OH.  R & R Brothers Trucking, Inc. can be served by serving its Registered Agent, Ruslan Mamatov at 624 Willow St., Dayton, OH 45404.

ll.     C&I Trucking, Inc. is a Texas for-profit corporation with its principal place of business in Larado, TX. C&I Trucking, Inc. can be served by serving its Registered Agent, Cristina Morales at 302 Crossbill, Laredo, TX 78045.

mm.     Holmestead Logistics LLC is a Virginia for-profit limited liability company with its principal place of business in Ashland, VA.  Holmestead Logistics LLC can be served by serving its Registered Agent, Tamio Montez Holmes at 13032 Beech Creek Ln., Ashland, VA 23005.

nn.     GC Transport Express, Inc. is a Texas for-profit corporation with its principal place of business in McAllen, TX.  GC Transport Express, Inc. can be served by serving

its Registered Agent, Osmani Castellanos Lopez at 620 E. Pecan Blvd., #3659, McAllen, TX 78501.

oo.    RCM Auto Transport LLC is a Texas for-profit limited liability company with its principal place of business in la Marque, TX.  RCM Auto Transport LLC can be served by serving its Registered Agent, Guillermo Carlos Munoz, Jr. at 1010 Roosevelt, La Marque, TX 77568.

pp.    Don Davis TV, Inc. is a Florida for-profit corporation with its principal place of business in Miami, FL.  Don Davis TV, Inc. can be served by serving its Registered Agent, Davis E. Machado at 130 NW 87 Ave. H203, Miami, FL 33172.

qq.    Botha Trucking, LLC is an Ohio for-profit limited liability company with its principal place of business in Fredericksburg, OH.  Botha Trucking, LLC can be served by serving its Registered Agent, Phillip Botha at 5421 County Rd. 229, Fredericksburg, OH 44627.

rr.    Hora Express Transportation, LLC is a Pennsylvania for-profit limited liability company with its principal place of business in New Town, PA.  Hora Express Transportation, LLC can be served by serving Service of Process to its registered address 4 Terry Drive, Suite 5, Newtown, PA 18940.

ss.    True Hauling, LLP is a South Carolina for-profit limited liability partnership with its principal place of business in Inman, SC.  True Hauling, LLP can be served by serving its Registered Agent, Paul Yadlovskiy at 7350 Hwy 9, Inman, SC 29349.

tt.    Davis & Jones, LLC is a Texas for-profit limited liability company with its principal place of business in Fort Worth, TX.  Davis & Jones, LLC can be served by serving its Registered Agent, National Registered Agents, Inc. at 1999 Bryan Street, Suite 900, Dallas, TX 75201.

4.      On information and belief, there are other unknown or potential defendants that have not yet asserted claims or are unknown. Does 1-50 are the fictious names of those defendants. When, and if, such defendants are ascertained, Harco will amend this Complaint by inserting true names in place of fictitious names in accordance with Rule 10 of the Federal Rules of Civil Procedure.

## II.      JURISDICTION AND VENUE

5.      This Complaint In Interpleader has been brought under 28 U.S.C. § 1335.

6.      Jurisdiction is proper because at least two adverse claimants to the interpleaded funds are of diverse citizenship as defined in 28 U.S.C. § 1332(a) or (d), and the value of the interpleaded funds is more than the $500 minimum requirement.

a.      There are several claimants of diverse citizenship. For example, eCapital Freight Factoring (East) Corp., is a citizen of Texas and AN Enterprise, Inc. is a citizen of Illinois.

b.      The value of the interpleaded funds is $75,000.00, which Harco is ready, willing, and able to deposit into the registry of this Court.

7.      Venue is proper under 28 U.S.C. § 1397, which allows an action for interpleader to be brought in the judicial district in which one or more of the claimants reside.

a.      Bismark Antonia Garcia DBA B. Garcia Trucking, as a claimant to the interpleaded funds, resides in Houston, Texas, which is in the Southern District of Texas, Houston Division.

## III.      STATEMENT OF INTERPLEADER ACTION

8.      In support of this Complaint In Interpleader, Harco states as follows:

9.     On or around, July 1, 2021, Harco wrote Bond No. BUHNSU0803376 a Broker's or Freight Forwarder's Surety Bond, under 49 U.S.C. § 13906 on behalf of Harco National Insurance Company and in favor of the United States of America (the "Bond").

10.     The Bond was effective until November 5, 2021, on which date it was cancelled.

11.     The penal sum of this Bond is $75,000.00.

12.     However, as of the filing of this Petition, forty-six (46) claimants, who have been made defendants in interpleader herein, have made claims against the Bond that currently total at least $129,245.00.

13.     Claimants' interests in the interpleaded funds are adverse and independent.

14.     Because Harco faces claims in excess of the Bond's penal sum and has a good-faith fear of multiple liability because of these adverse claims, Harco is ready, willing, and able to deposit the penal sum, $75,000.00, into the registry of this Court and files this Complaint In Interpleader under 28 U.S.C. § 1335, so that these interpleaded funds may be properly distributed to satisfy all valid claims on a pro rata basis.

15.     Harco has timely filed this interpleader action after receiving notice of multiple claims.

16.     Harco, as a disinterested stakeholder, is authorized to recover its reasonable and necessary attorneys' fees and costs from the interpleaded funds. *See Rhoades v. Casey*, 196 F.3d 592, 602 (5th Cir. 1999) (citing *Corrigan Dispatch Co. v. Casa Guzman S.A.*, 696 F.2d 359, 364 (5th Cir. 1983); *Phillips Petroleum Co. v. Hazlewood*, 534 F.2d 61, 63 (5th Cir. 1976)).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Harco National Insurance Company respectfully requests that this

Court issue service of process requiring all claimants to interplead in this case all of their claims

to the interpleaded funds of this Court; and enter judgment as follows:

1.     Permitting Harco to deposit the penal sum of the Bond into the Court or as this Court otherwise directs to be subject to the order of this Court;

2.     Relieving and discharging Harco from any and all liability relating to or concerning any claim that might arise in connection with the interpleaded funds;

3.     Enjoining each of the claimants from demanding or instituting any and all actions against Harco related to the interpleaded funds;

4.     Awarding Harco its reasonable costs and attorney's fees, disbursements and allowances incurred in connection with this action out of the interpleaded funds or otherwise; and

5.     Awarding Harco any other and further relief that this Court deems just and proper.


Respectfully submitted,

**KREBS FARLEY & DRY, PLLC**

By: _/s/ Steven K. Cannon_
Ryan D. Dry
State Bar No. 24050532
Steven K. Cannon
State Bar No. 24086997
909 18th Street
Plano, TX 75074
(972) 737-2517 Telephone
(972) 737-2543 Facsimile
rdry@krebsfarley.com
scannon@krebsfarley.com

**ATTORNEYS FOR**
**HARCO NATIONAL INSURANCE**
**COMPANY**