United States District Court
Southern District of Texas
**ENTERED**
November 30, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HARCO NATIONAL INSURANCE COMPANY, <br> Plaintiff <br><br> v. <br><br> HORIZON SHINE HAULING, LLC, et. al., <br> Defendants | § § § § § § § § § | CIVIL ACTION NO. 4:22-CV-0006 |

## AGREED ORDER DISTRIBUTING FUNDS

NOW COME, Alexander Winton & Associates, Inc. ("AWA"), as Claimant or Defendant in Interpleader; Baxter Bailey & Associates, Inc. ("Baxter Bailey"), as Claimant or Defendant in Interpleader; and Flash Funding, LLC ("Flash Funding"), as Claimant or Defendant in Interpleader, (collectively, "the Parties") and requests the entry of this Order Distributing the $75,000.00 in funds, including interest from the penal sum of Bond No. BUHNSU0803376 (the "Bond"), which was written by Harco as follows:

1. The amount of $42,675.00 including interest payable to Alexander Winton and Associates, Inc. and delivered to their attorney Marc L. Ellison of the Law Firm of Totz Ellison & Totz, P.C. at 2211 Norfolk, Suite 510, Houston, Texas 77098;

2. The amount of $30,577.50 including interest made payable to Baxter Bailey & Associates, Inc. and delivered to their attorney John Michael Smith at 3305 Northland Drive, Suite 500, Austin, Texas 78731;

3. The amount of $1,747.50 including interest to Flash Funding, LLC and delivered to their attorney Cristina S. Belaval at The Fuentes Firm, PC., 5507 Louetta Road, Suite A, Spring, Texas 77379.

This Order is a Final Order for Distribution of all sums deposited with the court herein, and upon distribution of the above amounts, this action is closed.

Signed on the 30th day of November, 2023.

_____
PRESIDING JUDGE

Respectfully submitted,

By: _____
Marc L. Ellison
State Bar No. 06580600
TOTZ, ELLISON & TOTZ, PC
2211 Norfolk, Suite 510
Houston, Texas 77098
Telephone: (713) 275-0307

*ATTORNEY FOR ALEXANDER, WINTON & ASSOCIATES, INC.*

By: *Jon Michael Smith*
Jon Michael Smith
State Bar No. 18630750
3305 Northland Drive, Suite 500
Austin, Texas 78731
Telephone: (512) 371-1006

*ATTORNEYS FOR BAXTER BAILEY & ASSOCIATES, INC.*

\*\*signed with permission

By: *Cristina S. Belaval*
Cristina S. Belaval
State Bar No. 24099044
THE FUENTES FIRM, PC
5507 Louetta Road, Suite A
Spring, Texas 77379
Telephone: (281) 378-7640

*ATTORNEYS FOR FLASH FUNDING, LLC*

\*\*signed with permission



## CERTIFICATE OF SERVICE

      I, Marc Lance Ellison, do hereby certify that I caused the above order to be served on all parties as listed above.

Steven K. Cannon                        scannon@krebsfarley.com
Hanah N. Lafrance                    hlafrance@krebsfarley.com
KREBS FARLEY & DRY, PLLC
909 18th Street
Plano, Texas 75074
***ATTORNEYS FOR PLAINTIFF***

Jon Michael Smith                       jon@jonmichaelsmith.com
State Bar No. 18630750
3305 Northland Drive, Suite 500
Austin, Texas 78731
Telephone: (512) 371-1006
***ATTORNEYS FOR BAXTER BAILEY & ASSOCIATES, INC.***

Christina S. Belaval                     cristina@fuentesfirm.com
THE FUENTES FIRM, P.C.
5501 Louetta Road, Suite A
Spring, Texas 77379
***ATTORNEYS FOR FLASH FUNDING, LLC***

                                                                 Marc L. Ellison